IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00076-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOLYNN DENISE MCHONE | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion seeking the return of her passport. (Doc. No. 51).

The defendant surrendered her passport to a United States Probation Officer while she was on pretrial release. (Doc. No. 19). Now that she served her sentence, she requests its return asserting that she is not a flight risk and that she behaved well in custody. The defendant is currently restricted from leaving the judicial district where she is authorized to reside without the Court's or probation officer's approval. (Doc. No. 26: Judgment at 3). She has not shown any need to possess the passport while on supervised release in the absence of approved international travel.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 51), is **DENIED**.

Signed: November 1, 2022

Robert J. Conrad, Jr.
United States District Judge