IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00076-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JOLYNN DENISE MCHONE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 33), and related motions, (Doc. Nos. 36, 37, 42, 49). However, the defendant was released from custody in January 2022. (Doc. No. 51).

**IT IS, THEREFORE, ORDERED** that the defendant's motions related to compassionate release, (Doc. Nos. 33, 36, 37, 42, 49), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: November 1, 2022

Robert J. Conrad, Jr.
United States District Judge