IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00076-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOLYNN DENISE MCHONE | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion to modify her restitution payments. (Doc. No. 54).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within fourteen (14) days of the entry of this Order.

Signed: December 18, 2023

Robert J. Conrad, Jr.
United States District Judge